'IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division

FILED
MAR - 4 2015
CLERK, US DISTRICT COURT
NORFOLK, VA

BERLINE Y. TERRELL,

    Plaintiff,

v.                                     CIVIL ACTION NO. 2:14cv14

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

    Defendant.

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation on Berline Y. Terrell's ("Plaintiff") action for judicial review of the final decision of the Acting Commissioner of Social Security ("Defendant") denying Plaintiff's claim for disability insurance benefits ('DIB"). On March 25, 2014, this matter was referred to a United States Magistrate Judge pursuant to the provisions of 28 U.S.C. Section 636(b)(1)(B) and (C), Rule 72(b) of the Federal Rules of Civil Procedure and Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia for a report and recommendation. On April 25, 2014, Plaintiff filed a Motion for Summary Judgment and accompanying memorandum. (ECF Nos. 13 & 14). On May 27, 2014, Defendant filed a Motion for Summary Judgment and accompanying memorandum. (ECF Nos. 15 & 16). On August 28, 2014, the Magistrate Judge filed his report recommending that Plaintiff's Motion for Summary Judgment be **DENIED**, that Defendant's Motion for Summary Judgment be **GRANTED**, and the Commissioner's final decision be **AFFIRMED**. By copy of the report, each party was advised of their right to file written objections to the findings

and recommendations made by the Magistrate Judge. The Court has received no objections to the report and the time for filing the same has expired.

The Court does hereby accept the findings and recommendations set forth in the report of the United States Magistrate Judge filed August 28, 2014, and it is, therefore **ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED** and Defendant's Motion for Summary Judgment is **GRANTED**. Accordingly, the final decision of the Commissioner is **AFFIRMED** and Plaintiff's case is **DISMISSED**.

The Clerk shall mail a copy of this final Order to counsel for both Parties.

**IT IS SO ORDERED.**

Norfolk, Virginia
March 4, 2015

/s/
Raymond A. Jackson
United States District Judge